IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. DNCW3:10CR249-01 |
| v. | ) | (Financial Litigation Unit) |
| | ) | |
| DENNIS JUSTIN MOORE, JR. | ) | |

## ORDER

Upon consideration of the United States' Motion for an Order requiring the Treasury Executive Office for Asset Forfeiture to liquidate property and apply proceeds to any monetary penalties in this matter, and for an Order directing the United States District Clerk of Court to accept prepayment of the monetary penalties in this matter and to distribute the funds upon entry of the judgment in this matter (Doc. No. 49), and the Court having considered the same, the Court finds that the government has established good cause for the requested relief.

It is, therefore, ORDERED, ADJUDGED and DECREED that:

1.      The Treasury Executive Office for Asset Forfeiture shall convey and remit to the Office of the United States District Clerk of Court for the Western District of North Carolina the sum of $7,365.00 that was seized from the defendant on or about October 28, 2010, which sum is currently in the possession of the Treasury Executive Office for Asset Forfeiture, for prepayment of the monetary penalties in this matter.

2.      The prejudgment payment shall be accepted by the Clerk of Court in this case and the funds will be deposited into the Registry of the Court.

3.      Upon entry of the Judgment entered in this case, or as soon as possible in the ordinary course of the Clerk's duties, the Clerk of Court will apply the prejudgment money towards the monetary penalties ordered in this matter.

4.      In addition, the Court orders the payment of $500.00 in court-appointed attorneys' fees to be deducted from the seized funds.

5.      In the event the Clerk possesses funds in excess of the monetary penalties imposed in this matter, the Clerk shall refund any overpayment directly to the defendant.

6.      The government shall be required to serve a copy of this Order upon the Clerk or the Financial Deputy Clerk.

Signed: July 28, 2011

Robert J. Conrad, Jr.
Chief United States District Judge